IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOYD JUNIOR JAYCOX | § | |
|    TDCJ-CID #1220652 | § | |
| | § | |
| VS. | § | C.A. NO. C-05-462 |
| | § | |
| PAUL A. MORALES, ET AL. | § | |

## FINAL JUDGMENT

A final judgment dismissing all claims against all defendants with prejudice is entered.

ORDERED this 12th day of September, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE